IRVING ADER, as Administrator, etc., of BERNARD ADER, Deceased, Appellant, v. MOLLY BLAU, Defendant, Impleaded with HERMAN S. EMIL, Respondent.—

Motion for leave to appeal to the Court of Appeals granted. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ. Settle order on notice.